# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVIE B. CARROLL, | Case No. 1:11-cv-01383-AWI-SKO PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTIONS, EXTENDING PRETRIAL DISPOSITIVE MOTION DEADLINE, AND GRANTING EXTENSION OF TIME TO FILE OPPOSITION |
| v. | |
| R. ANDREWS, et al., | |
| Defendants. | (Docs. 19 and 21) |
| | Opposition Deadline: 11/14/2013<br>Pretrial Dispositive Motion Deadline: 12/06/2013 |
| _____/ | |

Plaintiff Arvie B. Carroll, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 19, 2011. Pursuant to the discovery and scheduling order filed on November 27, 2012, the deadline for filing pretrial dispositive motions was October 7, 2013.

On September 9, 2013, Plaintiff filed a motion for summary judgment, and on September 27, 2013, Defendants Andrews and Contreras filed a motion seeking to modify the scheduling order to extend the dispositive motion deadline sixty days to December 6, 2013, and a motion seeking a forty-five day extension of time to file their opposition to Plaintiff's motion. On October 7, 2013, Plaintiff filed a statement of non-opposition to Defendants' motions, but he requested that Defendants be granted thirty or thirty-five days rather than sixty days.

///

Although the press of business is not necessarily good cause to modify a scheduling order, *Zavala v. Chrones*, 1:09-cv-01352-BAM PC, No. 2012 WL 3861254, at *1-2 (E.D. Cal. Sept. 5, 2012), the Court has reviewed the motions and finds that in this instance, the recent reassignment of this case to new counsel provides good cause for both requested extensions, Fed. R. Civ. P. 6(b)(1), 16(b)(4); *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258-60 (9th Cir. 2010); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Plaintiff's opposition to an extension of sixty days is noted, but the length of the requested extension causes no prejudice to Plaintiff. *See Johnson*, 975 F.2d at 609 (existence or degree of prejudice may be considered by the court, but the inquiry focuses on the reasons for seeking modification).

Accordingly, it is HEREBY ORDERED that:

1. Defendants' motion seeking to modify the scheduling order is GRANTED

2. Defendants' motion for an extension of time to file their opposition to Plaintiff's motion for summary judgment is GRANTED;

3. The pretrial dispositive motion deadline is extended to December 6, 2013; and

4. Defendants' opposition to Plaintiff's motion for summary judgment is due on or before November 14, 2013.

IT IS SO ORDERED.

Dated:   **October 9, 2013**                    **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE