1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVIE B. CARROLL, | Case No.  1:11-cv-01383-AWI-SKO PC |
| Plaintiff, | ORDER APPROVING PARTIES' STIPULATION TO EXTEND PRETRIAL DISPOSITIVE MOTION DEADLINE AND DEADLINE FOR DEFENDANTS TO OPPOSE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| R. ANDREWS, et al., | |
| Defendants. | (Doc. 27) |
| | Pretrial Dispositive Motion Deadline: 02/04/2014 |
| | Opposition Deadline: 02/04/2014 |
| _____/ | |

On November 22, 2013, the parties filed a joint stipulation and request to extend the pretrial dispositive motion deadline and the deadline for Defendants to file an opposition to Plaintiff's pending motion for summary judgment to February 4, 2014.

Good cause having been shown, the parties' stipulation is HEREBY APPROVED and the deadlines are extended to February 4, 2014.

IT IS SO ORDERED.

Dated:     **January 10, 2014**                        **/s/ Sheila K. Oberto**
                                                                UNITED STATES MAGISTRATE JUDGE