IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARVIE B. CARROLL,** | Case No. 1:11-cv-1383-AWI-SKO (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **R. ANDREWS, et al.,** | |
| Defendants. | |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the stipulation of the parties, this action is dismissed with prejudice. Each party is to bear his own costs, fees, and expenses of any type, including attorney's fees. There is no prevailing party in this action.

IT IS SO ORDERED.

Dated:   March 13, 2014                              _____
                                                         SENIOR  DISTRICT  JUDGE

1

[Proposed] Order (1:11-cv-1383-AWI-SKO (PC))